IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JAMES H. PHILLIPS**     **PLAINTIFF**
Reg. #50282-060

v.     No: 2:18-cv-00144 JM-PSH

**SHEILA WOODARD,** *et al.*     **DEFENDANTS**

## ORDER

The Court has reviewed the Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Phillips's motion for summary judgment (Doc. No. 34) be denied.

DATED this 25th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE