# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JAMES H. PHILLIPS**                                             **PLAINTIFF**

**v.**                           **No: 2:18-cv-00144 JM-PSH**

**SHEILA WOODARD,** *et al.*                               **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris.  No objections have been filed.  After carefully consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motions for summary judgment (Doc. Nos. 42 and 45) are granted.

2. Phillips' motion for summary judgment (Doc. No. 49) is denied; and    3.

The complaint and amended complaint against defendants Woodard, Hickerson, and the United States are dismissed with prejudice.

DATED this 14th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE