# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**JAMES H. PHILLIPS**                                                              **PLAINTIFF**

**v.**                               **No: 2:18-cv-00144 JM-PSH**

**SHEILA WOODARD,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 14th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE