# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**JAMES H. PHILLIPS**                                                                                   **PLAINTIFF**

**v.**                               **No: 2:18-cv-00144 JM-PSH**

**SHEILA WOODARD,** *et al.*                                                                  **DEFENDANTS**

## AMENDED JUDGMENT

Pursuant to the order filed on September 14, 2020, judgment is entered dismissing this case with prejudice.

DATED this 16th day of September, 2020.

NUNC PRO TUNC September 14th, 2020.

_____
UNITED STATES DISTRICT JUDGE